# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MYPAQ HOLDINGS LTD., | CIVIL ACTION NO. 6:21-CV-398-ADA |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC, | |
| Defendants. | |
| MYPAQ HOLDINGS LTD., | CIVIL ACTION NO. 6:21-CV-933-ADA |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| DELL TECHNOLOGIES, INC. and DELL INC. | |
| Defendants. | |

## SCHEDULING ORDER

Pursuant to the Court's Amended Standing Order Regarding Notice of Readiness for Patent Cases (Dkt. 10, 6:21-cv-398-ADA), the parties' deemed Case Management Conference ("CMC") in Case No. 6:21-cv-398-ADA occurred on November 10, 2021 and will occur on December 6, 2021 in Case No. 6:21-cv-933-ADA. Pursuant to Federal Rule of Civil Procedure 16, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trials of these matters:

| Date | Event |
|---|---|
| November 3, 2021 | Plaintiff serves preliminary[1] infringement contentions on the Samsung Defendants in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) is found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| November 24, 2021 | The Parties shall submit an agreed Scheduling Order. |
| November 29, 2021 | Plaintiff serves preliminary infringement contentions on the Dell Defendants in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) is found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| January 12, 2021 | Defendants serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references to each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendants contend are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendants contend are directed to ineligible subject matter under section 101. Defendants shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s).[2] |
| January 26, 2022 | Parties exchange claim terms for construction. |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served, and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

[2] To the extent it may promote early resolution, the Court encourages the parties to exchange license and sales information, but any such exchange is optional during the pre-*Markman* phase of the case.

| Date | Event |
|---|---|
| February 9, 2022 | Parties exchange proposed claim constructions. |
| February 16, 2022 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[3] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| February 23, 2022 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| March 2, 2022 | Defendants file Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| March 23, 2022 | Plaintiff files Responsive claim construction brief. |
| April 6, 2022 | Defendants file Reply claim construction brief. |
| April 20, 2022 | Plaintiff files a Sur-Reply claim construction brief. |
| April 22, 2022 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed).[4] |
| April 25, 2022 | Parties submit Joint Claim Construction Statement. *See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |

---

[3] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

[4] The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

| Date | Event |
|---|---|
| May 4, 2022 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| May 5, 2022 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| June 15, 2022 | Deadline to add parties. |
| June 29, 2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| August 24, 2022 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| November 2, 2022 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| November 30, 2022 | Close of Fact Discovery. |
| December 7, 2022 | Opening Expert Reports. |
| January 11, 2023 | Rebuttal Expert Reports. |
| January 25, 2023 | Close of Expert Discovery. |

| Date | Event |
|---|---|
| February 1, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| February 8, 2023 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| February 22, 2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery, and deposition designations). |
| March 8, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| March 15, 2023 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| March 22, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery, and deposition designations); file oppositions to motions *in limine*. |
| March 29, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| March 8, 2023 | Parties email the Court's law clerk to confirm pretrial and trial dates. |

| Date | Event |
|---|---|
| April 7, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| April 12, 2023 | Final Pretrial Conference. |
| May 3, 2023 | Jury Selection/Trial. |

SIGNED this __29th__ day of __November__, 202_1_.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Krisina J. Zuñiga  
Brian D. Melton (Texas 24010620)  
Krisina J. Zuñiga (Texas 24098664)  
SUSMAN GODFREY LLP  
1000 Louisiana Street, Suite 5100  
Houston, Texas 77002  
Tel: (713) 651-9366  
Fax: (713) 654-6666  
bmelton@susmangodfrey.com  
kzuniga@susmangodfrey.com  

Charles Ainsworth (Texas 00783521)  
Robert Christopher Bunt (Texas 00787165)  
PARKER, BUNT & AINSWORTH, P.C.  
100 E. Ferguson, Suite 418  
Tyler, Texas 75702  
Tel: (903) 531-3535  
charley@pbatyler.com  
rcbunt@pbatyler.com  

Alfonso G. Chan (Texas 24012408)  
Michael W. Shore (Texas 18294915)  
Samuel E. Joyner (Texas 24036865)  
Halima Shukri Ndai (Texas 24105486)  
SHORE CHAN LLP  
901 Main Street, Suite 3300  
Dallas, Texas 75202  
Tel: (214) 593-9110  
Fax: (214) 593-9111  
achan@shorechan.com  
mshore@shorechan.com  
sjoyner@shorechan.com  
hndai@shorechan.com  

Steven M. Shepard (New York 5291232)  
SUSMAN GODFREY LLP  
1301 Avenue of the Americas, 32nd Floor  
New York, New York 10019  
Tel: (212) 336-8330  
Fax: (212) 336-8340  
sshepard@susmangodfrey.com  

**COUNSEL FOR PLAINTIFF MYPAQ HOLDINGS LTD.**

/s/ Neil P. Sirota  
Melissa Smith (Texas 24001351)  
melissa@gillamsmithlaw.com  
GILLAM & SMITH L.L.P.  
303 South Washington Avenue  
Marshall, Texas 75670  
Tel: (903) 934-8450  
Fax: (903) 934-9257  

Neil P. Sirota (admitted *pro hac vice*)  
neil.sirota@bakerbotts.com  
Robert L. Maier (admitted *pro hac vice*)  
robert.maier@bakerbotts.com  
Frank Zhu (admitted *pro hac vice*)  
frank.zhu@bakerbotts.com  
BAKER BOTTS L.L.P.  
30 Rockefeller Plaza  
New York, New York 10112  
Tel: (212) 408-2500  
Fax: (212) 408-2501  

Syed Fareed (Texas 24065216)  
syed.fareed@bakerbotts.com  
Brett Thompsen (Texas 24075157)  
brett.thompsen@bakerbotts.com  
BAKER BOTTS L.L.P.  
98 San Jacinto Boulevard, Suite 1500  
Austin, Texas 78701  
Tel: (512) 322-2500  
Fax: (512) 322-2501  

**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,**

*/s/ Paula D. Heyman*
Kevin J. Meek (Texas 13899600)
Kevin.meek@bakerbotts.com
Paula D. Heyman (Texas 24027075)
Paula.heyman@bakerbotts.com
Mark Speegle (Texas 24117198)
Mark.speegle@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Tel: (512) 322-2500
Fax: (512) 322-2501

**COUNSEL FOR DEFENDANTS DELL TECHNOLOGIES INC. and DELL INC.**