# EXHIBIT D

**U.S. Patent No. 7,675,759 – Dell LA90PM170**


United States Patent
Artusi et al.
Patent No.: US 7,675,759 B2
Date of Patent: Mar. 9, 2010

**Title:** POWER SYSTEM WITH POWER CONVERTERS HAVING AN ADAPTIVE CONTROLLER

**Priority Date:** Dec. 01, 2006

**Filed Date:** Feb. 23, 2007

**Issued Date:** Mar. 09, 2010

**Expiration Date:** Aug 06, 2027

**Inventors:** Daniel A. Artusi; Ros Fosler; Allen F. Rozman

**Claims:** 6, 11

· All the claim elements identified herein are literally and equivalently present in the Accused Instrumentalities.

· For clarity, the portion of a cited reference that is relied upon for support may also be reproduced in the chart. Also, earlier, later or otherwise different versions of the reference may be available but not specifically cited.

· The portion of the Accused Instrumentality covered by a claim element is typically identified by an arrow and/or outlined in color. Such identification is exemplary, not exclusive or exhaustive. The Asserted Claims are open ended, not close ended or improperly restricted. Additional portions of the Accused Instrumentality might also be covered by the claim element but might not be identified in the chart.

· All quantitative figures, qualitative figures and data cited in the chart are subject to measurement and/or computational variation.

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

**Claim 6**

A **(SYS) power system** coupled to a **(LD) load**, comprising:

a **(PSC) power system controller** configured to receive a **(S) signal** indicating a **(OP) system operational state** of said **(LD) load** and to select a **(PCOP) power converter operational state** as a function thereof; and

a **(PC) power converter**, including:

a **(PS) power switch** configured to conduct for a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof, and

a **(CON) controller** configured to receive a **(COM) command** from said **(PSC) power system controller** to enter said **(PCOP) power converter operational state** and

to provide a **(OS) signal to control** said **(DC) duty cycle** of said **(PS) power switch** as a function of said **(OC) output characteristic** and in accordance with said **(COM) command**,

thereby regulating an **(IOC) internal operating characteristic** of said **(PC) power converter** to improve an **(EFF) operating efficiency** thereof as a function of said **(OP) system operational state**.

**Claim 11**

The **(SYS) power system** as recited in claim 6 wherein said **(PC) power converter** is configured to enter said **(PCOP) power converter operational state** within a **(TTIM) transition time** from another **(PCOP0) power converter operational state**.

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
| --- |
| A **(SYS) power system** coupled to a **(LD) load**, comprising: |




Dell Inc., Quick Start Guide for Latitude 5289 2-in-1 at p. 1 (2016)




Dell Inc., User's Guide for Dell USB-C Power Adapter Plus-90W PA901C at p. 7 (2020)

**These are typical examples of Dell generally instructing users of its power converters to couple them to loads.**

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

Claim 6

A **(SYS) power system** coupled to a **(LD) load**, comprising:












**U.S. Patent No. 7,675,759 – Dell LA90PM170**

Claim 6

a **(PSC) power system controller** configured to receive a **(S) signal** indicating a **(OP) system operational state** of said **(LD) load** and to select a **(PCOP) power converter operational state** as a function thereof; and




**Table 3-4 USB Type-C Receptacle Interface Pin Assignments**

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|---|---|---|---|---|---|---|---|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | TXp1 | Positive half of first TX differential pair | Second | B11 | RXp1 | Positive half of first RX differential pair | Second |
| A3 | TXn1 | Negative half of first TX differential pair | Second | B10 | RXn1 | Negative half of first RX differential pair | Second |
| A4 | VBUS | Bus Power | First | B9 | VBUS | Bus Power | First |
| A5 | CC1 | Configuration Channel S | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the USB 2.0 differential pair – Position 1 | Second | B7 | Dn2 | Negative half of the USB 2.0 differential pair – Position 2 | Second |
| A7 | Dn1 | Negative half of the USB 2.0 differential pair – Position 1 | Second | B6 | Dp2 | Positive half of the USB 2.0 differential pair – Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel S | Second |
| A9 | VBUS | Bus Power | First | B4 | VBUS | Bus Power | First |
| A10 | RXn2 | Negative half of second RX differential pair | Second | B3 | TXn2 | Negative half of second TX differential pair | Second |
| A11 | RXp2 | Positive half of second RX differential pair | Second | B2 | TXp2 | Positive half of second TX differential pair | Second |
| A12 | GND | Ground return | First | B1 | GND | Ground return | First |

S

**Table 4-10 Source Perspective**

| CC1 | CC2 | State | Position |
|---|---|---|---|
| Open | Open | Nothing attached | N/A |
| Rd | Open | Sink attached | ① |
| Open | Rd | | ② |
| Open | Ra | Powered cable without Sink attached | ① |
| Ra | Open | | ② |
| Rd | Ra | Powered cable with Sink, VCONN-Powered Accessory (VPA), or VCONN-Powered USB Device (VPD) attached | ① |
| Ra | Rd | | ② |
| Rd | Rd | Debug Accessory Mode attached (Appendix B) | N/A |
| Ra | Ra | Audio Adapter Accessory Mode attached (Appendix A) | N/A |

OP

**Source(s):** [1]

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
|---|
| a **(PSC) power system controller** configured to receive a **(S) signal** indicating a **(OP) system operational state** of said **(LD) load** and to select a **(PCOP) power converter operational state** as a function thereof; and |




**Table 4-10 Source Perspective** OP

| CC1 | CC2 | State | Position |
|---|---|---|---|
| Open | Open | Nothing attached | N/A |
| Rd | Open | Sink attached | ① |
| Open | Rd | | ② |
| Open | Ra | Powered cable without Sink attached | ① |
| Ra | Open | | ② |
| Rd | Ra | Powered cable with Sink, VCONN-Powered Accessory (VPA), or VCONN-Powered USB Device (VPD) attached | ① |
| Ra | Rd | | ② |
| Rd | Rd | Debug Accessory Mode attached (Appendix B) | N/A |
| Ra | Ra | Audio Adapter Accessory Mode attached (Appendix A) | N/A |

**Source(s):** [1]

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
| --- |
| a **(PC) power converter**, including: |












**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
| --- |
| a **(PS) power switch** configured to conduct for a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof; and |




4.5 Configuration Channel (CC)

4.5.1 Architectural Overview

For the USB Type-C solution, two pins on the connector, CC1 and CC2, are used to establish and manage the Source-to-Sink connection. When the device is connected through a hub, the connection between a Sink (UFP) on the hub and the Source (host port) and the connection between the Sink (device port) and a Source (DFP on the hub), are treated as separate connections. Functionally, the configuration channel is used to serve the following purposes.

- Detect attach of USB ports, e.g. a Source to a Sink
- Resolve cable orientation and twist connections to establish USB data bus routing
- Establish data roles between two attached ports
- Discover and configure VBUS: USB Type-C Current modes or *USB Power Delivery*

**Source(s):** [1]

U.S. Patent No. 7,675,759 – Dell LA90PM170

| Claim 6 |
| --- |
| a (PS) power switch configured to conduct for a (DC) duty cycle to provide a (OC) regulated output characteristic at an (OUT) **output** thereof; and |
|  |

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

Claim 6

a **(PS) power switch** configured to conduct for a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof; and



**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
|---|
| a **(CON) controller** configured to receive a **(COM) command** from said **(PSC) power system controller** to enter said **(PCOP) power converter operational state** and |




Table 1. PIN FUNCTION DESCRIPTION

| Pin Out | Name | Function |
|---|---|---|
| 1 | HV/X2 | High voltage startup circuit input. It is also used to discharge the input filter capacitors. |
| 2 | | Removed for creepage distance. |
| 3 | BO/X2 | Performs brown–out detection for the whole IC and it is also used to discharge the input filter capacitors and detect the line voltage range. |
| 4 | | Removed for creepage distance. |
| 5 | PControl | Output of the PFC transconductance error amplifier. A compensation network is connected between this pin and ground to set the loop bandwidth. |
| 6 | PONOFF | A resistor between this pin and ground sets the PFC turn off threshold. The voltage on this pin is compared to an internal voltage signal proportional to the output power. The PFC disable threshold is determined by the resistor on this pin and the internal pull–up current source, $I_{PONOFF}$. |
| 7 | QCT | An external capacitor sets the frequency in VCO mode for the QR flyback controller. |
| 8 | Fault | The controller enters fault mode if the voltage of this pin is pulled above or below the fault thresholds. A precise pull up current source allows direct interface with an NTC thermistor. Fault detection triggers a latch or auto–recovery depending on device option. |
| 9 | PSTimer | Power savings mode (PSM) control and timer adjust. Compatible with an optocoupler for secondary control of PSM. The device enters PSM if the voltage on this pin exceeds the PSM threshold, $V_{PS_in}$. A capacitor between this pin and GND sets the delay time before the controller enters power savings mode. Once the controller enters power savings mode the IC is disabled and the current consumption is reduced to a maximum of 70 µA. The input filter capacitor discharge function is available while in power savings mode. The controller is enabled once $V_{PSTimer}$ drops below $V_{PS_out}$. |
| 10 | QFB | Feedback input for the QR Flyback controller. Allows direct connection to an optocoupler. |
| 11 | QZCD | Input to the demagnetization detection comparator for the QR Flyback controller. Also used to set the overpower compensation. |
| 12 | VCC | Supply input. |
| 13 | QCS | Input to the cycle–by–cycle current limit comparator for the QR Flyback section. |
| 14 | QDRV | QR flyback controller switch driver. |
| 15 | PDRV | PFC controller switch driver. |
| 16 | PCS/PZCD | Input to the cycle–by–cycle current limit comparator for the PFC section. Also used to perform the demagnetization detection for the PFC controller. |
| 17 | GND | Ground reference. |
| 18 | PFBLV | Low voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider low side resistor connects to this pin. This voltage is compared to an internal reference. The reference voltage is 2.5 V at low line and 4 V at high line. An internal high–voltage switch disconnects the low side resistor from the high side resistor chain when the PFC is disabled in order to reduce input power. |
| 19 | | Removed for creepage distance. |
| 20 | PFBHV | High voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider high side resistor chain from the PFC bulk voltage connects to this pin. An internal high–voltage switch disconnects the high side resistor chain from the low side resistor when the PFC is disabled in order to reduce input power. |

**Source(s):** [2]

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
|---|
| to provide a **(OS) signal** to control said **(DC) duty cycle** of said **(PS) power switch** as a function of said **(OC) output characteristic** and in accordance with said **(COM) command**, |










NCP1937

Table 1. PIN FUNCTION DESCRIPTION

| Pin Out | Name | Function |
|---|---|---|
| 1 | HV/X2 | High voltage startup circuit input. It is also used to discharge the input filter capacitors. |
| 2 | | Removed for creepage distance. |
| 3 | BO/X2 | Performs brown–out detection for the whole IC and it is also used to discharge the input filter capacitors and detect the line voltage range. |
| 4 | | Removed for creepage distance. |
| 5 | PControl | Output of the PFC transconductance error amplifier. A compensation network is connected between this pin and ground to set the loop bandwidth. |
| 6 | PONOFF | A resistor between this pin and ground sets the PFC turn off threshold. The voltage on this pin is compared to an internal voltage signal proportional to the output power. The PFC disable threshold is determined by the resistor on this pin and the internal pull–up current source, $I_{PONOFF}$. |
| 7 | QCT | An external capacitor sets the frequency in VCO mode for the QR flyback controller. |
| 8 | Fault | The controller enters fault mode if the voltage of this pin is pulled above or below the fault thresholds. A precise pull up current source allows direct interface with an NTC thermistor. Fault detection triggers a latch or auto–recovery depending on device option. |
| 9 | PSTimer | Power savings mode (PSM) control and timer adjust. Compatible with an optocoupler for secondary control of PSM. The device enters PSM if the voltage on this pin exceeds the PSM threshold, $V_{PS_in}$. A capacitor between this pin and GND sets the delay time before the controller enters power savings mode. Once the controller enters power savings mode the IC is disabled and the current consumption is reduced to a maximum of 70 μA. The input filter capacitor discharge function is available while in power savings mode. The controller is enabled once $V_{PSTimer}$ drops below $V_{PS_out}$. |
| 10 | QFB | Feedback input for the QR Flyback controller. Allows direct connection to an optocoupler. |
| 11 | QZCD | Input to the demagnetization detection comparator for the QR Flyback controller. Also used to set the overpower compensation. |
| 12 | VCC | Supply input. |
| 13 | QCS | Input to the cycle–by–cycle current limit comparator for the QR Flyback section. |
| 14 | QDRV | QR flyback controller switch driver. |
| 15 | PDRV | PFC controller switch driver. |
| 16 | PCS/PZCD | Input to the cycle–by–cycle current limit comparator for the PFC section. Also used to perform the demagnetization detection for the PFC controller. |
| 17 | GND | Ground reference. |
| 18 | PFBLV | Low voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider low side resistor connects to this pin. This voltage is compared to an internal reference. The reference voltage is 2.5 V at low line and 4 V at high line. An internal high–voltage switch disconnects the low side resistor from the high side resistor chain when the PFC is disabled in order to reduce input power. |
| 19 | | Removed for creepage distance. |
| 20 | PFBHV | High voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider high side resistor chain from the PFC bulk voltage connects to this pin. An internal high–voltage switch disconnects the high side resistor chain from the low side resistor when the PFC is disabled in order to reduce input power. |

**Source(s):** [2]

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
|---|
| to provide a **(OS) signal** to control said **(DC) duty cycle** of said **(PS) power switch** as a function of said **(OC) output characteristic** and in accordance with said **(COM) command**, |
|   |

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
| --- |
| to provide a **(OS) signal** to control said **(DC) duty cycle** of said **(PS) power switch** as a function of said **(OC) output characteristic** and in accordance with said **(COM) command**, |



**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
|---|
| to provide a **(OS) signal to control** said **(DC) duty cycle** of said **(PS) power switch** as a function of said **(OC) output characteristic** and in accordance with said **(COM) command**, |
|  |

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
| --- |
| thereby regulating an **(IOC) internal operating characteristic** of said **(PC) power converter** to improve an **(EFF) operating efficiency** thereof as a function of said **(OP) system operational state**. |
|  |

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 6 |
| --- |
| thereby regulating an **(IOC) internal operating characteristic** of said **(PC) power converter** to improve an **(EFF) operating efficiency** thereof as a function of said **(OP) system operational state**. |
|  |

**U.S. Patent No. 7,675,759 – Dell LA90PM170**

| Claim 11 |
|---|
| The **(SYS) power system** as recited in claim 6 wherein said **(PC) power converter** is configured to enter said **(PCOP) power converter operational state** within a **(TTIM) transition time** from another **(PCOP0) power converter operational state**. |



**U.S. Patent No. 7,675,759 – Dell LA90PM170**

## Sources and citations

1. Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019;
2. ON Semiconductor Combination Power Factor Correction and Quasi-Resonant Flyback Controllers for Adapters NCP1937;

Note: The citations may pertain to only specific document excerpts and not the schematics or other data.