# EXHIBIT H

**U.S. Patent No. 8,477,514 – Dell LA90PM170**




**Title:** POWER SYSTEM WITH POWER CONVERTERS HAVING AN ADAPTIVE CONTROLLER

**Priority Date:** Dec. 01, 2006

**Filed Date:** Feb. 22, 2010

**Issued Date:** Jul. 02, 2013

**Expiration Date:** Dec. 01, 2026

**Inventors:** Daniel A. Artusi; Ross Fosler; Allen F. Rozman

**Claims:** 11, 12, 14, 15

· All the claim elements identified herein are literally and equivalently present in the Accused Instrumentalities.

· For clarity, the portion of a cited reference that is relied upon for support may also be reproduced in the chart. Also, earlier, later or otherwise different versions of the reference may be available but not specifically cited.

· The portion of the Accused Instrumentality covered by a claim element is typically identified by an arrow and/or outlined in color. Such identification is exemplary, not exclusive or exhaustive. The Asserted Claims are open ended, not close ended or improperly restricted. Additional portions of the Accused Instrumentality might also be covered by the claim element but might not be identified in the chart.

· All quantitative figures, qualitative figures and data cited in the chart are subject to measurement and/or computational variation.

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

**Claim 11**
A **(SYS) power system**, comprising:
a **(PSC) power system controller** configured to enable operation of components of a **(PRO) processor system** to establish a **(DRN) state of power drain** thereof,
said **(PSC) power system controller** configured to provide a **(COM) signal** to identify **(OPN) operation** of said **(PRO) processor system** in said **(DRN) state of power drain**; and
a **(PC) power converter**, coupled to said **(PRO) processor system**, comprising a **(CON) power converter controller** configured to receive said **(COM) signal** from said **(PSC) power system controller**,
to sense a **(PL) power level** of said **(DRN) state of power drain** in response to said **(COM) signal**, and to control an **(IOC) internal operating characteristic** of said **(PC) power converter** as a function of said **(PL) power level**.

**Claim 12**
The **(SYS) power system** as recited in claim 11 wherein
said **(PC) power converter** further comprises a **(PS) power switch** configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at an **(OUT) output** thereof,
said **(CON) power converter controller** further configured to control said **(DC) duty cycle** of said **(PS) power switch** dependent on said **(OC) output characteristic** and in accordance with said **(PL) power level**.

**Claim 14**
The **(SYS) power system** as recited in claim 11 wherein said **(PSC) power system controller** is configured to adjust said **(IOC) internal operating characteristic** over a **(TTIM) period of time**.

**Claim 15**
The **(SYS) power system** as recited in claim 11 wherein said **(IOC) internal operating characteristic** is selected from the group consisting of:
a **(GDV) gate drive voltage level** of said **(PS) power switch** of said **(PC) power converter**,
a switching frequency of said **(PC) power converter**, and
an **(DCBV) internal direct current bus voltage** of said **(PC) power converter**.

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 11 |
| --- |
| A **(SYS) power system**, comprising: |




Dell Inc., Quick Start Guide for Latitude 5289 2-in-1 at p. 1 (2016)




Dell Inc., User's Guide for Dell USB-C Power Adapter Plus-90W PA901C at p. 7 (2020)

**These are typical examples of Dell generally instructing users of its power converters to couple them to loads.**

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 11 |
| --- |
| A **(SYS) power system**, comprising: |












**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 11 |
|---|
| a **(PSC) power system controller** configured to enable operation of components of a **(PRO) processor system** to establish a **(DRN) state of power drain** thereof, |
|  |

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 11 |
|---|
| a **(PSC) power system controller** configured to enable operation of components of a **(PRO) processor system** to establish a **(DRN) state of power drain** thereof, |

**4.5.2.2 Connection State Machine Requirements** PRO

Entry into any unattached state when "directed from any state" shall not be used to override tDRP toggle.

A DRP or a Sink may consume default power from VBUS in any state where it is not required to provide VBUS.

DRN

The following two tables define the electrical states for a CC pin in both a Source and a Sink. Every port has CC1 and CC2 pins, each with its own individual CC pin state. The combination of a port's CC1 and CC2 pin states are be used to define the conditions under which a port transitions from one state to another.

Table 4-14 Source Port CC Pin State

| CC Pin State | Port partner CC Termination | Voltage Detected on CC when port asserts Rp |
|---|---|---|
| SRC.Open | Open, Rp | Above vOPEN |
| SRC.Rd | Rd | Within the vRd range (i.e., between minimum vRd and maximum vRd) |
| SRC.Ra | Ra | Below maximum vRa |

Table 4-15 Sink Port CC Pin State

| CC Pin State | Port partner CC Termination | Voltage Detected on CC when port asserts Rd |
|---|---|---|
| SNK.Rp | Rp | Above minimum vRd-Connect |
| SNK.Open | Open, Ra, Rd | Below maximum vRa |

| | |
|---|---|
| Sink | Port asserting Rd on CC and when attached is consuming power from VBUS; most commonly a Device. |




**Figure 4-7 Source Functional Model for CC1 and CC2**




Referring to Figure 4-7, a port that behaves as a Source has the following functional characteristics:

1. The Source uses a FET to enable/disable power delivery across VBUS and initially the Source has VBUS disabled.
2. The Source supplies pull-up resistors (Rp) on CC1 and CC2 and monitors both to detect a Sink. The presence of an Rd pull-down resistor on either pin indicates that a Sink is being attached. The value of Rp indicates the initial USB Type-C Current level supported by the host.
3. The Source uses the CC pin pull-down characteristic to detect and establish the correct routing for the SuperSpeed USB data path and determine which CC pin is intended for supplying VCONN.
4. Once a Sink is detected, the Source enables VBUS and VCONN.
5. The Source can dynamically adjust the value of Rp to indicate a change in available USB Type-C Current to a Sink.

DRN

The source functional model detects CC1/CC2 and dynamically adjusts the current, voltage x current is the state of power drain.

**Source(s):** [1]

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

Claim 11

a **(PSC) power system controller** configured to enable operation of components of a **(PRO) processor system** to establish a **(DRN) state of power drain** thereof,

Figure 4-13 illustrates a connection state diagram for a simple Sink (Device/Hub UFP).

**Figure 4-13 Connection State Diagram: Sink**




**4.5.2.2.5 Attached.SNK State**

This state appears in Figure 4-13, Figure 4-14, Figure 4-15, Figure 4-16, Figure 4-17 and Figure 4-18.

When in the Attached.SNK state, the port is attached and operating as a Sink. When the port initially enters this state it is also operating as a UFP. The power and data roles can be changed using *USB PD* commands.

A port that entered this state directly from Unattached.SNK due to detecting VBUS shall not determine orientation or availability of higher than Default USB Power and shall not use *USB PD*.

**4.5.2.2.5.1 Attached.SNK Requirements**

If the port needs to determine the orientation of the connector, it shall do so only upon entry to this state by detecting which of the CC1 or CC2 pins is connected through the cable (i.e., the CC pin that is in the SNK.Rp state).

If the port supports signaling on SuperSpeed USB pairs, it shall functionally connect the SuperSpeed USB pairs and maintain the connection during and after a *USB PD* PR_Swap.

If the port has entered the Attached.SNK state from the AttachWait.SNK or TryWait.SNK states, only one the CC1 or CC2 pins will be in the SNK.Rp state. The port shall continue to terminate this CC pin to ground through Rd.

If the port has entered the Attached.SNK state from the Attached.SRC state following a *USB PD* PR_Swap, the port shall terminate the connected CC pin to ground through Rd.

The port shall meet the Sink Power Sub-State requirements specified in Section 4.5.2.2.22.

**Source(s):** [1]

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

Claim 11

a **(PSC) power system controller** configured to enable operation of components of a **(PRO) processor system** to establish a **(DRN) state of power drain** thereof,

Figure 4-14 illustrates a connection state diagram for a Sink that supports Accessory Modes.

**Figure 4-14 Connection State Diagram: Sink with Accessory Support**

**PRO**




**4.5.2.2.5 Attached.SNK State**

This state appears in Figure 4-13, Figure 4-14, Figure 4-15, Figure 4-16, Figure 4-17 and Figure 4-18.

When in the Attached.SNK state, the port is attached and operating as a Sink. When the port initially enters this state it is also operating as a UFP. The power and data roles can be changed using *USB PD* commands.

A port that entered this state directly from Unattached.SNK due to detecting VBUS shall not determine orientation or availability of higher than Default USB Power and shall not use *USB PD*.

**4.5.2.2.5.1 Attached.SNK Requirements**

If the port needs to determine the orientation of the connector, it shall do so only upon entry to this state by detecting which of the CC1 or CC2 pins is connected through the cable (i.e., the CC pin that is in the SNK.Rp state).

If the port supports signaling on SuperSpeed USB pairs, it shall functionally connect the SuperSpeed USB pairs and maintain the connection during and after a *USB PD* PR_Swap.

If the port has entered the Attached.SNK state from the AttachWait.SNK or TryWait.SNK states, only one the CC1 or CC2 pins will be in the SNK.Rp state. The port shall continue to terminate this CC pin to ground through Rd.

If the port has entered the Attached.SNK state from the Attached.SRC state following a *USB PD* PR_Swap, the port shall terminate the connected CC pin to ground through Rd.

The port shall meet the Sink Power Sub-State requirements specified in Section 4.5.2.2.22.

**Source(s):** [1]

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

Claim 11

said **(PSC) power system controller** configured to provide a **(COM) signal** to identify **(OPN) operation** of said **(PRO) processor system** in said **(DRN) state of power drain**; and




Referring to Figure 4-7, a port that behaves as a Source has the following functional characteristics:

1. The Source uses a FET to enable/disable power delivery across VBUS and initially the Source has VBUS disabled.
2. The Source supplies pull-up resistors (Rp) on CC1 and CC2 and monitors both to detect a Sink. The presence of an Rd pull-down resistor on either pin indicates that a Sink is being attached. The value of Rp indicates the initial USB Type-C Current level supported by the host.
3. The Source uses the CC pin pull-down characteristic to detect and establish the correct routing for the SuperSpeed USB data path and determine which CC pin is intended for supplying VCONN.
4. Once a Sink is detected, the Source enables VBUS and VCONN.
5. The Source can dynamically adjust the value of Rp to indicate a change in available USB Type-C Current to a Sink.

OPN

DRN

**NCP1937**

This combination IC integrates power factor correction (PFC) and quasi–resonant flyback functionality necessary to implement a compact and highly efficient Switched Mode Power Supply for an adapter application.

The PFC stage exhibits near–unity power factor while operating in a Critical Conduction Mode (CrM) with a maximum frequency clamp. The circuit incorporates all the features necessary for building a robust and compact PFC stage while minimizing the number of external components.

The quasi–resonant current–mode flyback stage features a proprietary valley–lockout circuitry, ensuring stable valley switching. This system works down to the 4th valley and toggles to a frequency foldback mode with a minimum frequency clamp beyond the 4th valley to eliminate audible noise. Skip mode operation allows excellent efficiency in light load conditions while consuming very low standby power consumption.

OPN

The supply capacitor provides power to the controller during power up. The capacitor must be sized such that a $V_{CC}$ voltage greater than $V_{CC(off)}$ is maintained while the auxiliary supply voltage is building up. Otherwise, $V_{CC}$ will collapse and the controller will turn off. The operating IC bias current, $I_{CC4}$, and gate charge load at the drive outputs must be considered to correctly size $C_{CC}$. The increase in current consumption due to external gate charge is calculated using Equation 1.

NCP1937

**Table 1. PIN FUNCTION DESCRIPTION**

| Pin Out | Name | Function |
|---|---|---|
| 1 | HV/X2 | High voltage startup circuit input. It is also used to discharge the input filter capacitors. |
| 2 | | Removed for creepage distance. |
| 3 | BO/X2 | Performs brown–out detection for the whole IC and it is also used to discharge the input filter capacitors and detect the line voltage range. |
| 4 | | Removed for creepage distance. |
| 5 | PControl | Output of the PFC transconductance error amplifier. A compensation network is connected between this pin and ground to set the loop bandwidth. |
| 6 | PONOFF | A resistor between this pin and ground sets the PFC turn off threshold. The voltage on this pin is compared to an internal voltage signal proportional to the output power. The PFC disable threshold is determined by the resistor on this pin and the internal pull–up current source, $I_{PONOFF}$. |
| 7 | QCT | An external capacitor sets the frequency in VCO mode for the QR flyback controller. |
| 8 | Fault | The controller enters fault mode if the voltage of this pin is pulled above or below the fault thresholds. A precise pull up current source allows direct interface with an NTC thermistor. Fault detection triggers a latch or auto–recovery depending on device option. |
| 9 | PSTimer | Power savings mode (PSM) control and timer adjust. Compatible with an optocoupler for secondary control of PSM. The device enters PSM if the voltage on this pin exceeds the PSM threshold, $V_{PS_in}$. A capacitor between this pin and GND sets the delay time before the controller enters power savings mode. Once the controller enters power savings mode the IC is disabled and the current consumption is reduced to a maximum of 70 μA. The input filter capacitor discharge function is available while in power savings mode. The controller is enabled once $V_{PSTimer}$ drops below $V_{PS_out}$. |
| 10 | QFB | Feedback input for the QR Flyback controller. Allows direct connection to an optocoupler. |
| 11 | QZCD | Input to the demagnetization detection comparator for the QR Flyback controller. Also used to set the overpower compensation. |
| 12 | VCC | Supply input. |
| 13 | QCS | Input to the cycle–by–cycle current limit comparator for the QR Flyback section. |
| 14 | QDRV | QR flyback controller switch driver. |
| 15 | PDRV | PFC controller switch driver. |
| 16 | PCS/PZCD | Input to the cycle–by–cycle current limit comparator for the PFC section. Also used to perform the demagnetization detection for the PFC controller. |
| 17 | GND | Ground reference. |
| 18 | PFBLV | Low voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider low side resistor connects to this pin. This voltage is compared to an internal reference. The reference voltage is 2.5 V at low line and 4 V at high line. An internal high–voltage switch disconnects the low side resistor from the high side resistor chain when the PFC is disabled in order to reduce input power. |
| 19 | | Removed for creepage distance. |
| 20 | PFBHV | High voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider high side resistor chain from the PFC bulk voltage connects to this pin. An internal high–voltage switch disconnects the high side resistor chain from the low side resistor when the PFC is disabled in order to reduce input power. |

COM

**Source(s):** [1], [2]

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

Claim 11

a **(PC) power converter**, coupled to said **(PRO) processor system**, comprising a **(CON) power converter controller** configured to receive said **(COM) signal** from said **(PSC) power system controller**,










Table 1. PIN FUNCTION DESCRIPTION

| Pin Out | Name | Function |
|---|---|---|
| 1 | HV/X2 | High voltage startup circuit input. It is also used to discharge the input filter capacitors. |
| 2 | | Removed for creepage distance. |
| 3 | BO/X2 | Performs brown–out detection for the whole IC and it is also used to discharge the input filter capacitors and detect the line voltage range. |
| 4 | | Removed for creepage distance. |
| 5 | PControl | Output of the PFC transconductance error amplifier. A compensation network is connected between this pin and ground to set the loop bandwidth. |
| 6 | PONOFF | A resistor between this pin and ground sets the PFC turn off threshold. The voltage on this pin is compared to an internal voltage signal proportional to the output power. The PFC disable threshold is determined by the resistor on this pin and the internal pull–up current source, $I_{PONOFF}$. |
| 7 | QCT | An external capacitor sets the frequency in VCO mode for the QR flyback controller. |
| 8 | Fault | The controller enters fault mode if the voltage of this pin is pulled above or below the fault thresholds. A precise pull up current source allows direct interface with an NTC thermistor. Fault detection triggers a latch or auto–recovery depending on device option. |
| 9 | PSTimer | Power savings mode (PSM) control and timer adjust. Compatible with an optocoupler for secondary control of PSM. The device enters PSM if the voltage on this pin exceeds the PSM threshold, $V_{PS_in}$. A capacitor between this pin and GND sets the delay time before the controller enters power savings mode. Once the controller enters power savings mode the IC is disabled and the current consumption is reduced to a maximum of 70 µA. The input filter capacitor discharge function is available while in power savings mode. The controller is enabled once $V_{PSTimer}$ drops below $V_{PS_out}$. |
| 10 | QFB | Feedback input for the QR Flyback controller. Allows direct connection to an optocoupler. |
| 11 | QZCD | Input to the demagnetization detection comparator for the QR Flyback controller. Also used to set the overpower compensation. |
| 12 | VCC | Supply input. |
| 13 | QCS | Input to the cycle–by–cycle current limit comparator for the QR Flyback section. |
| 14 | QDRV | QR flyback controller switch driver. |
| 15 | PDRV | PFC controller switch driver. |
| 16 | PCS/PZCD | Input to the cycle–by–cycle current limit comparator for the PFC section. Also used to perform the demagnetization detection for the PFC controller. |
| 17 | GND | Ground reference. |
| 18 | PFBLV | Low voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider low side resistor connects to this pin. This voltage is compared to an internal reference. The reference voltage is 2.5 V at low line and 4 V at high line. An internal high–voltage switch disconnects the low side resistor from the high side resistor chain when the PFC is disabled in order to reduce input power. |
| 19 | | Removed for creepage distance. |
| 20 | PFBHV | High voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider high side resistor chain from the PFC bulk voltage connects to this pin. An internal high–voltage switch disconnects the high side resistor chain from the low side resistor when the PFC is disabled in order to reduce input power. |

**Source(s):** [2]

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

Claim 11

to sense a **(PL) power level** of said **(DRN) state of power drain** in response to said **(COM) signal**, and to control a **(IOC) internal operating characteristic** of said **(PC) power converter** as a function of said **(PL) power level**.

**Table 2-1 Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| USB 2.0 | 5 V | See USB 2.0 | |
| USB 3.2 | 5 V | See USB 3.2 | |
| USB4 | 5 V | 1.5 A | See Section 5.3. |
| USB BC 1.2 | 5 V | 1.5 A[1] | Legacy charging |
| USB Type-C Current @ 1.5 A | 5 V | 1.5 A | Supports higher power devices |
| USB Type-C Current @ 3.0 A | 5 V | 3 A | Supports higher power devices |
| USB PD | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

Figure 4-36 illustrates how the USB PD BMC signaling is carried over the USB Type-C cable's CC wire.

**Figure 4-36 USB PD over CC Pins**




**Table 4-11 Source (Host) and Sink (Device) Behaviors by State**

| State | Source Behavior | Sink Behavior |
|---|---|---|
| Nothing attached | • Sense CC pins for attach<br>• Do not apply VBUS or VCONN | • Sense VBUS for attach |
| Sink attached | • Sense CC for orientation<br>• Sense CC for detach<br>• Apply VBUS and VCONN | • Sense CC pins for orientation<br>• Sense loss of VBUS for detach |
| Powered cable without Sink attached | • Sense CC pins for attach<br>• Do not apply VBUS or VCONN | • Sense VBUS for attach |
| Powered cable with Sink, VCONN-Powered Accessory, or VCONN-Powered USB Device attached | • Sense CC for orientation<br>• Sense CC for detach<br>• Apply VBUS and VCONN<br>• Detect VPD and remove VBUS | • If accessories or VPDs are supported, see Source Behavior with exception that VBUS is not applied., otherwise, N/A. |
| Debug Accessory Mode attached | • Sense CC pins for detach<br>• Reconfigure for debug | • Sense VBUS for detach<br>• Reconfigure for debug |
| Audio Adapter Accessory Mode attached | • Sense CC pins for detach<br>• Reconfigure for analog audio | • If accessories are supported, see Source Behavior, otherwise, N/A |

**Table 4-17 Precedence of power source usage**

| Precedence | Mode of Operation | | Nominal Voltage | Maximum Current |
|---|---|---|---|---|
| Highest | USB PD | | Configurable | 5 A |
| | USB Type-C Current @ 3.0 A | | 5 V | 3.0 A |
| ↓ | USB Type-C Current @ 1.5 A | | 5 V | 1.5 A |
| | USB BC 1.2 | | 5 V | Up to 1.5 A[1] |
| | Default USB Power | USB 3.2 | 5 V | See USB 3.2 |
| Lowest | | USB 2.0 | 5 V | See USB 2.0 |

**Source(s):** [1]

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 11 |
|---|
| to sense a **(PL) power level** of said **(DRN) state of power drain** in response to said **(COM) signal**, and to control a **(IOC) internal operating characteristic** of said **(PC) power converter** as a function of said **(PL) power level**. |



**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 11 |
| --- |
| to sense a (PL) power level of said **(DRN) state of power drain** in response to said **(COM) signal**, and to control a **(IOC) internal operating characteristic** of said **(PC) power converter** as a function of said (PL) power level. |



**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 11 |
| --- |
| to sense a **(PL) power level** of said **(DRN) state of power drain** in response to said **(COM) signal**, and to control a **(IOC) internal operating characteristic** of said **(PC) power converter** as a function of said **(PL) power level**. |



**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 12 |
|---|
| The **(SYS) power system** as recited in claim 11 wherein |












**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 12 |
| --- |
| said **(PC) power converter** further comprises a **(PS) power switch** configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at an **(OUT) output** thereof, |




**4.5 Configuration Channel (CC)**

**4.5.1 Architectural Overview**

For the USB Type-C solution, two pins on the connector, CC1 and CC2, are used to establish and manage the Source-to-Sink connection. When the device is connected through a hub, the connection between a Sink (UFP) on the hub and the Source (host port) and the connection between the Sink (device port) and a Source (DFP on the hub), are treated as separate connections. Functionally, the configuration channel is used to serve the following purposes.

- Detect attach of USB ports, e.g. a Source to a Sink
- Resolve cable orientation and twist connections to establish USB data bus routing
- Establish data roles between two attached ports
- Discover and configure VBUS: USB Type-C Current modes or USB Power Delivery

OC







**Source(s):** [1]

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 12 |
|---|
| said **(PC) power converter** further comprises a **(PS) power switch** configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at an **(OUT) output** thereof, |



**U.S. Patent No. 8,477,514 – Dell LA90PM170**

Claim 12

said **(PC) power converter** further comprises a **(PS) power switch** configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at an **(OUT) output** thereof,



**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 12 |
|---|
| said **(CON) power converter controller** further configured to control said **(DC) duty cycle** of said **(PS) power switch** dependent on said **(OC) output characteristic** and in accordance with said **(PL) power level**. |




NCP1937 CON

**Table 1. PIN FUNCTION DESCRIPTION**

| Pin Out | Name | Function |
|---|---|---|
| 1 | HVX2 | High voltage startup circuit input. It is also used to discharge the input filter capacitors. |
| 2 | | Removed for creepage distance. |
| 3 | BOX2 | Performs brown–out detection for the whole IC and it is also used to discharge the input filter capacitors and detect the line voltage range. |
| 4 | | Removed for creepage distance. |
| 5 | PControl | Output of the PFC transconductance error amplifier. A compensation network is connected between this pin and ground to set the loop bandwidth. |
| 6 | PONOFF | A resistor between this pin and ground sets the PFC turn off threshold. The voltage on this pin is compared to an internal voltage signal proportional to the output power. The PFC disable threshold is determined by the resistor on this pin and the internal pull–up current source, $I_{PONOFF}$. |
| 7 | QCT | An external capacitor sets the frequency in VCO mode for the QR flyback controller. |
| 8 | Fault | The controller enters fault mode if the voltage of this pin is pulled above or below the fault thresholds. A precise pull up current source allows direct interface with an NTC thermistor. Fault detection triggers a latch or auto–recovery depending on device option. |
| 9 | PSTimer | Power savings mode (PSM) control and timer adjust. Compatible with an optocoupler for secondary control of PSM. The device enters PSM if the voltage on this pin exceeds the PSM threshold, $V_{PS_in}$. A capacitor between this pin and GND sets the delay time before the controller enters power savings mode. Once the controller enters power savings mode the IC is disabled and the current consumption is reduced to a maximum of 70 μA. The input filter capacitor discharge function is available while in power savings mode. The controller is enabled once $V_{PSTimer}$ drops below $V_{PS_out}$. |
| 10 | QFB | Feedback input for the QR Flyback controller. Allows direct connection to an optocoupler. |
| 11 | QZCD | Input to the demagnetization detection comparator for the QR Flyback controller. Also used to set the overpower compensation. |
| 12 | VCC | Supply input. |
| 13 | QCS | Input to the cycle–by–cycle current limit comparator for the QR Flyback section. |
| 14 | QDRV | QR flyback controller switch driver. |
| 15 | PDRV | PFC controller switch driver. |
| 16 | PCS/PZCD | Input to the cycle–by–cycle current limit comparator for the PFC section. Also used to perform the demagnetization detection for the PFC controller. |
| 17 | GND | Ground reference. |
| 18 | PFBLV | Low voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider low side resistor connects to this pin. This voltage is compared to an internal reference. The reference voltage is 2.5 V at low line and 4 V at high line. An internal high–voltage switch disconnects the low side resistor from the high side resistor chain when the PFC is disabled in order to reduce input power. |
| 19 | | Removed for creepage distance. |
| 20 | PFBHV | High voltage PFC feedback input. An external resistor divider is used to sense the PFC bulk voltage. The divider high side resistor chain from the PFC bulk voltage connects to this pin. An internal high–voltage switch disconnects the high side resistor chain from the low side resistor when the PFC is disabled in order to reduce input power. |

**NCP1937**

This combination IC integrates power factor correction (PFC) and quasi–resonant flyback functionality necessary to implement a compact and highly efficient Switched Mode Power Supply for an adapter application.

DC




**Source(s):** [2]

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 12 |
| --- |
| said **(CON) power converter controller** further configured to control said **(DC) duty cycle** of said **(PS) power switch** dependent on said **(OC) output characteristic** and in accordance with said **(PL) power level**. |



**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 12 |
| --- |
| said **(CON) power converter controller** further configured to control said **(DC) duty cycle** of said **(PS) power switch** dependent on said **(OC) output characteristic** and in accordance with said **(PL) power level**. |



**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 14 |
|---|
| The **(SYS) power system** as recited in claim 11 wherein said **(PSC) power system controller** is configured to adjust said **(IOC) internal operating characteristic** over a **(TTIM) period of time**. |



**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 15 |
|---|
| The **(SYS) power system** as recited in claim 11 wherein said **(IOC) internal operating characteristic** is selected from the group consisting of: |
|  |

**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 15 |
|---|
| a **(GDV) gate drive voltage level** of said **(PS) power switch** of said **(PC) power converter**, a switching frequency of said **(PC) power converter**, and an **(DCBV) internal direct current bus voltage** of said **(PC) power converter**. |



**U.S. Patent No. 8,477,514 – Dell LA90PM170**

| Claim 15 |
| --- |
| a **(GDV) gate drive voltage level** of said **(PS) power switch** of said **(PC) power converter**, a switching frequency of said **(PC) power converter**, and an **(DCBV) internal direct current bus voltage** of said **(PC) power converter**. |



## Sources and citations

1. Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019;
2. ON Semiconductor Combination Power Factor Correction and Quasi-Resonant Flyback Controllers for Adapters NCP1937;

Note: The citations may pertain to only specific document excerpts and not the schematics or other data.